UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/5/2021
```

EZRA TESSEMA,

                        Petitioner,

            v.

DEPARTMENT OF LABOR/OLC, (DON)
OFFICE OF GENERAL COUNSEL-SEC
NAVY, ENVIRONMENTAL PROECTION
AGENCY, DEPARTMENT OF VETERANS
AFFARIS, EMPLOYER SUPPORT OF THE
GUARD AND RESERVE, DR. TEDLA
TESSEMA, DESTA TESSEMA

                        Respondents.

No.  20-CV-10290 (RA)

ORDER OF DISMISSAL

RONNIE ABRAMS, United States District Judge:

        Petitioner, appearing *pro se*, petitions for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2241, "challenging the unethical research that is being conducted on [him] via various

environmental exposures on [his] body compounded by a nefarious use of statistics to justify

exclusionist behavioral economic policy." Pet. at  2.  The Court dismisses the petition as

duplicative of a pending case.

        Petitioner has previously filed a substantially similar complaint against Defendant

Environmental Protection Agency alleging that he is a "non consent human research subject

under the color law of policy enforcement."  That case is presently pending before the Honorable

Mary Kay Vyskocil of this Court under docket number 20-cv-9700, *Tessema v EPA.* As the

complaint in that action raises substantially the same claims as the instant petition, the petition is

dismissed. *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) ("As part of its general

power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another federal court suit.").

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:   January 5, 2021
         New York, New York

_____
RONNIE ABRAMS
United States District Judge

2